# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| ABINGDON VILLAGE<br>LIMITED PARTNERSHIP, | * | |
| | * | |
| Plaintiff, | | No.06-237C |
| | * | |
| v. | | Filed: May 31, 2006 |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant. | | |
| | * | |
| * * * * * * | * | |

**ORDER**

The parties' joint motion to stay proceedings until 14 days after the conclusion of ADR is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge